TOWN OF HEMPSTEAD, Respondent, v. IRVING LISTENGART, Defendant, and HENRY FELTON et al., Appellants.— In a condemnation proceeding, order of the County Court, Nassau County, striking out affirmative defenses and granting judgment on the pleadings, modified on the law by striking out all ordering paragraphs other than the first, and by providing, in lieu thereof, that the motion for judgment on the pleadings is denied, without costs. As so modified, the order is unanimously affirmed, without costs. The denials of the material allegations of the complaint cannot be attacked on a motion under rule 112 of the Rules of · Civil Practice for judgment on the pleadings. Present — Carswell, Acting P. J., Johnston, Nolan, Sneed and Wenzel, JJ.

ANTON VILJAK, Respondent, v. MICHAEL LANG et al., Appellants.— In an action to recover damages for personal injuries suffered by plaintiff when he fell from a ladder that was struck by appellants' truck, judgment reversed on the facts and a new trial granted, with costs to appellants to abide the event, unless within ten days after the entry of an order hereon respondent stipulate to reduce the amount of the verdict to $15,000, in which event the judgment, as so reduced, is unanimously affirmed, without costs. In our opinion the verdict was grossly excessive. Carswell, Acting P. J., Adel, Nolan, Sneed and Wenzel, JJ., concur.

## (October 18, 1948.)

HERBERT G. BITZ, as Police Justice of the Village of Port Chester, Appellant, v. GEORGE M. FANELLI, as District Attorney of Westchester County, et al., Respondents.— In an action by a village police justice for a declaratory judgment, and to compel the district attorney and the sheriff to turn over the custody and possession of moneys seized by the latter in a gambling raid, order dismissing the complaint for failure to state facts sufficient to constitute a cause of action unanimously affirmed, without costs. No opinion. Present — Johnston, Acting P. J., Adel, Nolan, Sneed and Wenzel, JJ.

SIMON ELIESON, Plaintiff, v. TOANO REALTY CORPORATION, Defendant. (By Original Summons.) TOANO REALTY CORPORATION, Respondent, v. Simon Elieson et al., Defendants, and STANLEY N. SIMON, Appellant. (By Counterclaim.) — Respondent's counterclaim alleges acts of fraud and conspiracy. Appellant moved to compel respondent to separately state and number causes of action, on the ground that the counterclaim contains causes of action for fraud and deceit, for fraud and conspiracy, and for use and occupation of real property. Order denying appellant's motion affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Johnston, Adel, Nolan and Wenzel, JJ., concur.

RUTH FIRESTONE, Appellant-Respondent, v. SAMUEL FIRESTONE, Respondent-Appellant.— Judgment granting separation to the plaintiff wife, awarding her custody of the issue of the marriage, fixing the alimony to be paid to her and dismissing defendant's counterclaim, insofar as appealed from, unanimously affirmed, with costs to plaintiff. No opinion. Present — Johnston, Adel, Nolan and Sneed, JJ.; Carswell, Acting P. J., not voting.